| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| HILL WALLACK LLP<br>Elizabeth K. Holdren, Esq.<br>21 Roszel Road; P.O. Box 5226<br>Princeton, New Jersey 08543-5226<br>(609) 924-0808<br>eholdren@hillwallack.com<br>Attorneys for Bank of America, N.A., through Carrington Mortgage Services, LLC, servicer and attorney-in-fact | Order Filed on March 12, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

In Re:

TARA K. JEAN aka TARA K. JONES aka TARA K. NELSON and JAMES JEAN,
Debtors.

Case No.: 19-11850

Hearing Date: March 12, 2019

Judge: VFP

Chapter: 7

Recommended Local Form:   ☐ Followed   ☒ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 12, 2019**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Upon the motion of __Hill Wallack LLP, attorneys for Bank of America, N.A.,__ , under
through Carrington Mortgage Services, LLC, servicer and attorney-in-fact
Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

Land and Premises commonly known as 749 Drake Avenue, Roselle, New Jersey and also known as Block: 1103, Lot: 24, as shown on the Tax Map of the Borough of Roselle, Union County and State of New Jersey.

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that all communications sent by Secured Creditor in connection with proceeding against the Property, including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtor.

The Movant shall serve this Order on the Debtor, Debtor's attorney, any trustee and any other party who entered an appearance on the motion.