UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:    Case No.: 19-11850 VFP

TARA K. JEAN and JAMES JEAN, Debtor(s).    Chapter 7

Judge: Vincent F. Papalia

## NOTICE OF PROPOSED ABANDONMENT

Steven P. Kartzman, Chapter 7 Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Bankruptcy Court<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on *April 30, 2019 at 10:00 a.m.* at the United States Bankruptcy Court, Courtroom no. 3D. *(Hearing date must be at least 28 days from the date of this notice).* If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description of property: 749 Drake Street, Roselle, NJ

Value of property: $ 227,526

Less about 10% costs of sale: $ 22,750

Liens on property: $ 282,373

Amount of equity claimed as exempt: $

Objections must be served on, and requests for additional information directed to:

Name:    Steven P. Kartzman, Esq., Chapter 7 Trustee, c/o Mellinger, Sanders & Kartzman, LLC

Address:    101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950

Telephone:    973.267.0220

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                        Case No. 19-11850-VFP
Tara K. Jean                                                  Chapter 7
James Jean
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin              Page 1 of 2          Date Rcvd: Apr 02, 2019
                             Form ID: pdf905          Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2019.
```
db/jdb          Tara K. Jean,    James Jean,    749 Drake Ave,    Roselle, NJ 07203-2217
517997237       Dsnb Macys,    PO Box 8218,    Mason, OH 45040-8218
517997239       Green Dot Bank,    Pasadena, CA 91101
517997241      +Ic System,    444 Hwy 96 East, Pob 64378,    St Paul, MN 55164-0378
517997246       Tbom/Atls/Fortiva Mc,    PO Box 105555,    Atlanta, GA 30348-5555
517997247       Toyota Motor Credit,    111 W 22nd St,    Hinsdale, IL 60521
517997233       american web loan,    2128 N 14th St Ste 1,    Ponca City, OK 74601-1831
517997235       carrington mortgage,    1600 S Douglass Rd Ste 110,    Anaheim, CA 92806-5951
517997238       fredrick weinberg, esq.,    c/o sia card services,    1200 Laurel Oak Rd Ste 104,
                 Voorhees, NJ 08043-4317
517997240       grogan law group,    c/o overlook medical,    17 Prospect St,    Morristown, NJ 07960-6862
517997245      +subrogation management team,    po box 460409,    San Antonio, TX 78246-0409
517997248      +universal accounting services,    po box 807010,    Kansas City, MO 64180-7010
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 03 2019 00:21:01      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 03 2019 00:20:57      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2019 00:26:40
                 Synchrony Bankc/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517997234      +E-mail/Text: bk@avant.com Apr 03 2019 00:21:31      Avant LLC,    222 N La Salle St Ste 170,
                 Chicago, IL 60601-1101
517997236       E-mail/PDF: creditonebknotifications@resurgent.com Apr 03 2019 00:24:57      Credit One Bank NA,
                 PO Box 98872,   Las Vegas, NV 89193-8872
517997242       E-mail/Text: bkr@cardworks.com Apr 03 2019 00:19:33      Merrick Bank Corp,    PO Box 9201,
                 Old Bethpage, NY 11804-9001
517997243       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2019 00:24:53
                 Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
517997244      +E-mail/Text: rwjebn@rwjbh.org Apr 03 2019 00:21:43      Robert Wood Johnson,    Pob 2330,
                 Southgate, MI 48195-4330
517999536      +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2019 00:26:27      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 9
```

```
                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Edward Nathan Vaisman    on behalf of Joint Debtor James   Jean vaismanlaw@gmail.com,
               G20495@notify.cincompass.com
              Edward Nathan Vaisman    on behalf of Debtor Tara K. Jean vaismanlaw@gmail.com,
               G20495@notify.cincompass.com
              Elizabeth K. Holdren    on behalf of Creditor   BANK OF AMERICA, N.A. eholdren@hillwallack.com,
               jhanley@hillwallack.com;hwbknj@hillwallack.com
              Kevin Gordon McDonald    on behalf of Creditor   Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Apr 02, 2019
                              Form ID: pdf905          Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Steven P. Kartzman   on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
          jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
         Steven P. Kartzman   kartztee@optonline.net,
          jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
         U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                              TOTAL: 8