| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Tara K. Jean<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6803<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | James Jean<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9156<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–11850–VFP | | |

# Order of Discharge                                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

    Tara K. Jean                                                                James Jean
    aka Tara K. Jones, aka Tara K. Nelson


    5/3/19                                                              **By the court:**   Vincent F. Papalia
                                                                                             United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318               **Order of Discharge**                                page 2

United States Bankruptcy Court
District of New Jersey

In re:
Tara K. Jean
James Jean
    Debtors

Case No. 19-11850-VFP
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: May 03, 2019
                  Form ID: 318     Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2019.
```
db/jdb         Tara K. Jean,    James Jean,    749 Drake Ave,    Roselle, NJ 07203-2217
517997239      Green Dot Bank,    Pasadena, CA 91101
517997246      Tbom/Atls/Fortiva Mc,    PO Box 105555,    Atlanta, GA 30348-5555
517997247      Toyota Motor Credit,    111 W 22nd St,    Hinsdale, IL 60521
517997233      american web loan,    2128 N 14th St Ste 1,    Ponca City, OK 74601-1831
517997235      carrington mortgage,    1600 S Douglass Rd Ste 110,    Anaheim, CA 92806-5951
517997238      fredrick weinberg, esq.,    c/o sia card services,    1200 Laurel Oak Rd Ste 104,
               Voorhees, NJ 08043-4317
517997240      grogan law group,    c/o overlook medical,    17 Prospect St,    Morristown, NJ 07960-6862
517997245     +subrogation management team,    po box 460409,    San Antonio, TX 78246-0409
517997248     +universal accounting services,    po box 807010,    Kansas City, MO 64180-7010
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 04 2019 00:29:21      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 04 2019 00:29:13      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr            +EDI: PRA.COM May 04 2019 03:58:00      Synchrony Bankc/o PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
517997234     +E-mail/Text: bk@avant.com May 04 2019 00:30:10      Avant LLC,    222 N La Salle St Ste 170,
               Chicago, IL 60601-1101
517997236      EDI: RCSFNBMARIN.COM May 04 2019 03:58:00      Credit One Bank NA,    PO Box 98872,
               Las Vegas, NV 89193-8872
517997237      EDI: TSYS2.COM May 04 2019 03:58:00      Dsnb Macys,    PO Box 8218,    Mason, OH 45040-8218
517997241     +EDI: IIC9.COM May 04 2019 03:58:00      Ic System,    444 Hwy 96 East, Pob 64378,
               St Paul, MN 55164-0378
517997242      EDI: MERRICKBANK.COM May 04 2019 03:58:00      Merrick Bank Corp,    PO Box 9201,
               Old Bethpage, NY 11804-9001
517997243      EDI: PRA.COM May 04 2019 03:58:00      Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,
               Norfolk, VA 23502-4952
517997244     +E-mail/Text: rwjebn@rwjbh.org May 04 2019 00:30:29      Robert Wood Johnson,    Pob 2330,
               Southgate, MI 48195-4330
517999536     +EDI: RMSC.COM May 04 2019 03:58:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 11
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2019 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Edward Nathan Vaisman    on behalf of Joint Debtor James Jean vaismanlaw@gmail.com, G20495@notify.cincompass.com
         Edward Nathan Vaisman    on behalf of Debtor Tara K. Jean vaismanlaw@gmail.com, G20495@notify.cincompass.com
         Elizabeth K. Holdren    on behalf of Creditor    BANK OF AMERICA, N.A. eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com

```
District/off: 0312-2          User: admin              Page 2 of 2               Date Rcvd: May 03, 2019
                              Form ID: 318             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
           kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          Steven P. Kartzman    kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                      TOTAL: 8